AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

XXXX XXXXXX Street, SE
Apartment #XXX
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Christopher Fiorito     being duly sworn depose and say:

I am a(n)    Federal Bureau of Investigation    and have reason to believe
               (Official Title)
that ☐ on the person of or ☒ on the property or premises known as (name, description and or location):
Location, also known as the "XXX", is described as being located in the XXXX block of XXXXXX Street, SE, a part of XXXXXXXX XXXXXXX Apartment Complex. Building XXXX is located on the left (east) side of XXXXXX Street, SE after crossing XXXXXXXXXX Street, SE. The building is described as a multi-family multi-story brown brick building with numbers "XXXX"and "XXX" positioned on a placard to the left of the front door for apartment "XXX." Apartment number "XXX" has its own separate entry from the street, and the numbers "XXXX" and "XXX" are clearly visible on the placard for the apartment.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See attached Affidavit**

concerning a violation of Title  21  United States Code, Section(s)  841 (a)(1) & 846 . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    ☐ NO

Arvind Lal
Organized Crime & Narcotics Trafficking
(202)353-8833

Signature of Affiant
Christopher Fiorito, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

                                                            at Washington, D.C.
Date

Name and Title of Judicial Officer                      Signature of Judicial Officer