AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4204 Fourth Street, SE
Apartment, #201
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 06-229 M-01

TO: __Special Agent Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Christopher Fiorito__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

Location, also known as the "pit", is described as being located in the 4200 block of Fourth Street, SE, a part of Atlantic Gardens Apartment Complex. Building 4204 is located on the left (east) side of Fourth Street, SE after crossing Chesapeake Street, SE. The building is described as a multi-family multi-story brown brick building with numbers "4204" and "201" positioned on a placard to the left of the front door for apartment "201." Apartment number "201" has its own separate entry from the street, and the numbers "4204" and "201" are clearly visible on the placard for the apartment.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __MAY 26 2006__
                                                                                    (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 18 2006  2:10p                                at Washington, D.C.
Date and Time Issued  **ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer                          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/18/06 | 5/23/06 6:43 AM | In Custody |

INVENTORY MADE IN THE PRESENCE OF  In Custody

## INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See Attached FD-597 (2 pages)

**FILED**

MAY 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature: Christopher D Fink]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or U.S. Magistrate Judge

5-30-06
Date

FD-597 (Rev 8-11-94)

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

Time of Entry 6:43 a.m.
Knock and Announce 6:42 a.m.

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Lakisha Grimes / Damian Thompson
(Street Address) 4204 4th St SE #201
(City) Washington, D.C.

Description of Item(s):

item #1 Lorcin (semi-auto) handgun model L380 serial # 404088. (Room E - Chad Gallagher) located under mattress on right side at head of bed.

item #2 Five (5) 380 auto rounds, four in mag. one in chamber (Room E - Chad Gallagher)

item #3 Black plastic bag containing four (4) large plastic gloves and a clear plastic bag containing a razor blade with white powder-like substance on same, located in the bottom drawer of nightstand in bedroom.

item #4 Silver colored digital scale with razor blade inside (white powder-like residue on both.)

item #5 Clear ziplock bag containing a green leafy substance. (Room E -

item #6 Baggie of .22 ammunition and 380 ammunition. (Room E - William L Epkins)

item #7 $193.35 in U.S. Currency, located in the right front pants pocket of Damien Thompson. (Rm 1 - SA Locklict)

item #8 Picture ID name of Damien Thompson.

item #9 Harley Davidson jacket (black and gray nylon) (Room E - Chad Gallagher)

(cont.) ↓

Received By: Clifford R. Swindell (Signature)
Received From: — In Custody — (Signature)

FD-597 (Rev 8-11-94)                                                                           of 2

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 5/23/06

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Lakisha Grimes / Damien Thompson
(Street Address) 4204 4th St. S.E. Apt 201
(City) Washington, D.C.

Description of Item(s):

item #10 Box of sandwich bags, Bag of empty mini ziploc bags - blue (Room C - Sonja Frueh)

item #11 Necklace with marijuana leaf pendant (Swindell) worn around the neck of Damien Thompson.

item #12 Bank, Employment and court records (Room - Michael Palian)

item #13 T-mobile cellular phone bill. (Room B - SA Whitaker)

item #14 Red Vista Saltines box. (Room E - William L. Epkins)

item #15 (2) Photos (Room E - William L. Epkins)

item #16 Motorola Razor T-mobile cell phone (Room E - Tony Porter)

item #17 Black Samsung cellular phone.

item #18 one 380 Auto round (Room E - Chad Gallagher)

item #19 Razor blade with residue found in bronze baby slippers in china cabinet (Room B - J. Halterman)

item #20 Razor blade with residue found inside glass bowl in china cabinet (Room B - J. Halterman)

Nothing Further      5/23/2006 CRS

Received By: Clifford R. Swindell (Signature)
Received From: - In Custody - (Signature)