UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**


| | |
|---|---|
| 4204 FOURTH STREET, S.E., APARTMENT #201: | 06-229-M-01 |
| WASHINGTON, D.C. : | |

## MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order unsealing the documents and docket entries connected to the above captioned search warrant. The unsealing is now necessary because the search warrant has been executed and the Government must comply with its discovery obligations pursuant to the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEFFREY A. TAYLOR, Bar No. 794610
United States Attorney

_____
ARVIND K. LAL, Bar No. 489396
MATTHEW P. COHEN, Bar No. 469629
Assistant United States Attorneys
555 4th Street, N.W., Room 4217
Washington, DC 20530
(202) 353-8833