UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**


| | |
|---|---|
| 4204 FOURTH STREET, S.E., APARTMENT #201: | 06-229-M-01 |
| WASHINGTON, D.C. | : |

## **ORDER**

Upon consideration of the Government's motion to unseal the above captioned search warrant and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.


_____          _____
Date                                                           United States Magistrate Judge